UNITED STATES DISTRICT COURT
DISTRICT OF MICHIGAN
COURT FILE NO.: 1:04 CV 1214

| | |
|---|---|
| Pamela Wells,<br><br>   Plaintiff,<br><br>vs.<br><br>Corporate Receivables, Inc,<br>Angela Galvin,<br><br>   Defendant. | **AFFIDAVIT OF<br>PETER F. BARRY, ESQ.** |

## AFFIDAVIT OF PETER F. BARRY, ESQ.

STATE OF MINNESOTA  )
            ) ss
COUNTY OF HENNEPIN  )

Peter F. Barry, having first been duly sworn and upon oath, deposes and says as follows:

1. Attached hereto as Exhibit A is a complete electronic copy of the manuals for the Ontario Systems FACS collection software that was previously produced in litigation handled by my law firm in CD-ROM format.

2. These materials are not subject to a confidentiality agreement or protective court order.

Further this Affiant Sayeth Naught.

                  _____
                  Peter F. Barry

Subscribed and sworn to before me
this 13th day of August, 2008.

_____
Notary Public

CHRISTOPHER SEAN WHEATON
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2012