UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA WELLS,

        Plaintiff,

v.

CORPORATE RECEIVABLES, INC., et al.,

        Defendants.
_____/

Hon. Paul L. Maloney

Case No. 1:07-cv-01214

**ORDER**

This matter is before the Court on various motions which were heard on October 29, 2008. For reasons and in the manner stated on the record at that hearing:

**IT IS HEREBY ORDERED** that Ontario Systems, LLC's Motion for Protective Order Regarding Confidential Business Information (Dkt. 46) is **granted**, and the proposed protective order will enter.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel Discovery (Dkt. 48) is **granted in part and denied in part**.

**FINALLY, IT IS ORDERED** that Plaintiff's Motion to Overrule Objections to Requests to Admit, Deem Requests as Admitted or Alternatively Compel Responses To Admissions and Interrogatory (Dkt. 59) is **denied without prejudice**.

Date: November 14, 2008

                                                /s/ Ellen S. Carmody
                                                ELLEN S. CARMODY
                                                United States Magistrate Judge