UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA WELLS,

       Plaintiff,                                   Hon. Paul L. Maloney

v.                                                Case No. 1:07-cv-01214

CORPORATE RECEIVABLES,
INC., et al.,

       Defendants.
_____/

## SUPPLEMENT TO REPORT AND RECOMMENDATION (Dkt. 113)

The undersigned previously recommended that <u>Plaintiff's Motion for Default Judgment as to Angela Galvan</u> (Dkt. No. 85) be **granted**, and that default and then default judgment be entered against Defendant Angela Galvan. It is further recommended that the district judge refer this matter to Magistrate Judge Ellen S. Carmody for determination of the appropriate amount of the default judgment.

                                                      Respectfully submitted,

Date:  July 1, 2009                              /s/ Ellen S. Carmody
                                                        ELLEN S. CARMODY
                                                        United States Magistrate Judge

      OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within ten (10) days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).