UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA WELLS,

        Plaintiff,

                                       Case No.: 1:07-cv-1214

v.

                                       HONORABLE PAUL L. MALONEY

CORPORATE RECEIVABLES,
INC. AND ANGELA GALVAN,

        Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation and Supplement filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that Plaintiff's motion for entry of default against Defendant Angela Galvan (Dkt. #85) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter default against Defendant Angela Galvan. Plaintiff may file its application for entry of default judgment against Defendant Angela Galvan in accordance with the Federal Rules of Civil Procedure. The matter will then be referred to Magistrate Judge Ellen S. Carmody for determination of the appropriate amount of the default judgment.

Dated: July 7, 2009               /s/ Paul L. Maloney_____
                                  Paul L. Maloney
                                  Chief United States District Judge