UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA WELLS,

      Plaintiff,                              Hon. Paul L. Maloney

v.                                          Case No. 1:07-cv-01214

CORPORATE RECEIVABLES, INC., et al.,

      Defendants.
_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Plaintiff's Request for Damages as to Angela Galvan (Dkt. 136), which was referred to the undersigned by the Honorable Paul L. Maloney for report and recommendation. On July 7, 2009, this Court adopted the undersigned's Report and Recommendation as to Plaintiff's motion for default against Angela Galvan for violations of the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. § 1692 *et seq*. and granted the motion. On July 8, 2009, the Clerk of the Court issued the Entry of Default against Angela Galvan (Dkt. 124). Angela Galvan was a debt collector for the Defendant Corporate Receivables, Inc.("CRI"). Under the FDCPA, Plaintiff is entitled to up to $1,000.00 in statutory damages and additional amounts for actual damages. On August 3, 2009, this Court entered its Order that Plaintiff's statutory and actual damages are $2,500.00 in this matter (Dkt. 135). As such, the undersigned recommends that Plaintiff's Request for Damages as to Angela Galvan (Dkt. 136) be **granted**, and that the judgment in this matter include a default judgment against defendant Angela Galvan for $2,500.00, jointly and severally with CRI.

Respectfully submitted,

Date: August 25, 2009              /s/ Ellen S. Carmody
ELLEN S. CARMODY
United States Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within ten (10) days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).