UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA WELLS,

    Plaintiff,

v.

CORPORATE RECEIVABLES,
INC., ET AL.,

    Defendants.
_____/

Case No.: 1:07-cv-1214

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt. #137) filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that Plaintiff's Request for Damages as to Angela Galvan (Dkt. #136) is **GRANTED**. Default Judgment shall enter against defendant Angela Galvan in the amount of $2,500.00, jointly and severally with Corporate Receivables Inc.

**IT IS FURTHER ORDERED** that Plaintiff's motion for partial summary judgment (Dkt. #89); Plaintiff's motion for default judgment as to defendant Corporate Receivables, Inc. (Dkt. #106); Plaintiff's motion for status conference (Dkt. #120); Plaintiff's motion for sanctions (Dkt. #126); and the magistrate judge's report and recommendation (Dkt. #125) are all **DISMISSED as moot**. This leaves plaintiff's motions for attorney fees as outstanding matters to be decided.

Dated: September 14, 2009

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge