UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

P<small>AMELA</small> W<small>ELLS</small>,

    Plaintiff,

v.

C<small>ORPORATE</small> R<small>ECEIVABLES</small>, I<small>NC</small>. ,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:07-cv-1214

## ORDER AMENDING PREVIOUS ORDERS

It has been brought to the Court's attention that in two of its previous orders the name of the defendant is listed as Corporate Accounts Receivable, but the correct name of the defendant is Corporate Receivables, Inc. This Court's prior orders, specifically document numbers 166 and 169, are **HEREBY AMENDED**, *nunc pro tunc*, to correct the references to the defendant as "Corporate Receivables, Inc." rather than "Corporate Accounts Receivable." The error occurs in the caption and the second sentence of each document. This is merely a clerical error and does not affect the substantive content of the orders.

    **IT IS SO ORDERED**.

Date: March 3, 2010                 /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         Chief United States District Judge