UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA WELLS,

    Plaintiff,

v.

CORPORATE RECEIVABLES, INC., et al.,

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:07-cv-1214

## ORDER DISMISSING MOTION

On March 26, 2010, Plaintiff filed a Notice of Withdrawal of Plaintiff's Motion for Injunction Against Transfer of Assets and Appointment of Receiver (Dkt. #204). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Injunction Against Transfer of Assets and Appointment of Receiver (Dkt. #165) is **DISMISSED as withdrawn**.

Date: March 29, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge